UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 10 P 3: 59
DISTRICT COURT
HARTFORD CT

---

IN THE MATTER OF THE
COMPLAINT OF JAMES M. WEEMS,
AS OWNER OF THE M/V JAMES GANG     :   3:01 CV 2247 (AVC)
(a 1971 28' Uniflite, Inc. vessel)
FOR EXONERATION FROM OR            :   September 25, 2003
LIMITATION OF LIABILITY,
          Plaintiff/Petitioner.

---

STIPULATION OF DISCONTINUANCE
PURSUANT TO FED. R. CIV. P., RULE 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the indicated parties herein, that the above-entitled action is discontinued including, but not limited to all claims and cross-claims, with prejudice, and without interest, expenses and/or costs to any party.

Dated: Hartford, Connecticut
       September    , 2003

KREVOLIN, FEINSTEIN, GORMAN &
HERRMANN, P.C.
Attorneys for Claimant,
Timothy Hayden

By: _____
David H. Herrmann, Esq. (CT 304562)
21 Woodland Street
Hartford, Connecticut 06105
(860) 522-5261

Dated: Buffalo, New York
~~September~~, 2003
October 7

WILDER & LINNEBALL, LLP
Attorneys for Intervener,
Pompanette, LLC

By: _____
J. Joseph Wilder, Esq.(Pro hac vice - CT 23729)
320 Brisbane Building
403 Main at Court Street
Buffalo, New York 14203
(716) 853-6001

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____
Deputy Clerk

1

Dated: Easton, Connecticut  
September 25, 2003

LOVEJOY & ASSOCIATES  
Attorneys for Plaintiff/Petitioner,  
James M. Weems

By: _____  
Frederick A. Lovejoy (CT 03121)  
276 Center Road  
P.O. Box 56  
Easton, Connecticut 06612  
(203) 459-9941  
(203) 459-9943 (telefax)

SO ORDERED:

_____  
U.S.D.J.

WeemsStipulation.doc